# IN THE SUPREME COURT OF THE STATE OF NEVADA

COLLEEN M. DIETLEIN,
INDIVIDUALLY,
Appellant,
vs.
VIVIAN DEEMS,
Respondent.

No. 71756

**FILED**

DEC 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 21, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Brown_

cc:     Hon. Lidia Stiglich, District Judge
        Colleen M. Dietlein
        Richard G. Hill, Ltd.
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-38575